UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAFAEL SOUSA,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES A. YATES,<br><br>        Respondent. | No ED CV 07-1656 SVW (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 1/25/10

_____
STEPHEN V. WILSON
United States District Judge